Submitted March 1, reversed and remanded March 28, respondent's petition for reconsideration filed July 3 allowed by opinion October 3, 2012
See 252 Or App 623, 274 P3d 312 (2012)

Susan A. NICHOLS,
*Petitioner,*

*v.*

EMPLOYMENT DEPARTMENT,
*Respondent.*

Employment Appeals Board
11AB0438; A148099

274 P3d 312

Eric A. Lentz submitted the brief for petitioner.

Denise G. Fjordbeck, Attorney-in-charge, Civil/Administrative Appeals, waived appearance for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM